No. 155. BAGLEY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Stanton E. Tefft* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Gilbert E. Andrews* and *Edward Lee Rogers* for the United States.

No. 387. ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION *v.* NORDWICK, EXECUTOR, ET AL. C. A. 9th Cir. Certiorari denied. *Marvin J. Sonosky, Frederick Bernays Wiener* and *John M. Schiltz* for petitioners. *Otis L. Packwood* for respondents. *Solicitor General Griswold* filed a memorandum for the United States, by invitation of the Court, *ante,* p. 806.

No. 732. BRAMLETT ET AL. *v.* LEBER, GOVERNOR OF THE CANAL ZONE AND PRESIDENT, PANAMA CANAL CO. C. A. 5th Cir. Certiorari denied. *Thomas Morton Gittings, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl, Alan S. Rosenthal* and *Richard S. Salzman* for respondent.

No. 737. CITIZEN BAND OF POTAWATOMI INDIANS OF OKLAHOMA ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Louis L. Rochmes* for petitioners. *Solicitor General Griswold, Acting Assistant Attorney General Williams, Roger P. Marquis* and *A. Donald Mileur* for the United States.

No. 752. ALABAMA, FOR AND IN BEHALF OF AND AS TRUSTEE FOR THE DEPARTMENT OF PENSIONS AND SECURITY OF ALABAMA, ET AL. *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, *Gordon Madison,* Assistant Attorney Gen-